Entered: November 29th, 2016
Signed: November 28th, 2016

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-18615-TJC** |
| **DAVID WARREN FAIRWEATHER** | ) | **Case No. 14-20847-TJC** |
| **JANE L. FAIRWEATHER,** | ) | **(Chapter 11)** |
| | ) | **(Jointly Administered** |
| Debtors. | ) | **under Case No. 14-18615-** |
| | ) | **TJC)** |

### ORDER GRANTING MOTION OF THE TRUSTEE TO AMEND
### ORDER GRANTING APPLICATION FOR AUTHORITY TO EMPLOY LARRY STRAUSS, ESQUIRE, CPA AND LARRY STRAUSS ESQ. CPA & ASSOCIATES, INC. AS TAX ACCOUNTANT TO THE COMMITTEE

UPON CONSIDERATION of the Motion of the Trustee to Amend Order Granting Application for Authority to Employ Larry Strauss, Esquire, CPA and Larry Strauss Esq. CPA & Associates, Inc. as Tax Accountant to the Committee (the "Motion"), by which Lawrence A. Katz, the duly-appointed chapter 11 trustee (the "Trustee") in the above-captioned jointly-administered chapter 11 bankruptcy cases, seeks to amend the Order Granting Application for Authority to Employ Larry Strauss, Esquire, CPA and Larry Strauss Esq. CPA & Associates,

#8267678.v2

Inc. as Tax Accountant to the Committee (the "Strauss Order") [Docket No. 456], to authorize the Trustee, rather than the Official Committee of Unsecured Creditors (the "Committee"), to employ Mr. Strauss and his accounting firm (collectively, "Strauss") to provide tax analysis and advice in connection with the administration of the bankruptcy estates, on the same terms and conditions and at the same rates set forth in the Application for Authority to Employ Larry Strauss, Esquire, CPA and Larry Strauss Esq. CPA & Associates, Inc. as Tax Accountant to the Committee (the "Strauss Application") [Docket No. 412]; and due and proper notice of the Motion having been provided as set forth in the Motion; and the Court finding that no other or further notice need be provided; and no objections having been filed; and the Committee having consented to the relief sought in the Motion; and the Court finding that the relief sought in the Motion is appropriate and in the best interest of the bankruptcy estates, their creditors, and other parties in interest; and after due deliberation and finding good cause, it is, by the United States Bankruptcy Court for the District of Maryland, sitting in Greenbelt,

    ORDERED, that the Motion is GRANTED; and it is further

    ORDERED, that pursuant to § 327(a) of the Bankruptcy Code, the Trustee is authorized to employ Strauss as his tax accountant upon the same terms and conditions and at the same rates set forth in the Strauss Application; and it is further,

    ORDERED, that the Strauss Order is amended to reflect that the Trustee, rather than the Committee, is authorized to employ Strauss and that such employment is effective as of September 13, 2016 (the "Appointment Date"); and it is further

    ORDERED, that Strauss shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules; and it is further

ORDERED, that the Committee may file a fee application on behalf of Strauss for services rendered to the Committee prior to the Appointment Date.

Copies to:

Lawrence A. Katz, Esquire
Stephen E. Leach, Esquire
Hirschler Fleischer, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102

Catherine Stavlas, Esquire
Office of the US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

The David W. Fairweather Family Trust
c/o David Fairweather
4821 Montgomery Lane, Unit 1003
Bethesda, MD 20814

The Jane L. Fairweather Family Trust
c/o Jane Fairweather
4821 Montgomery Lane, Unit 1003
Bethesda, MD 20814

Daniel Jack Blum, Esquire
4800 Hampden Lane, 6th Floor
Bethesda, MD 20814

Jeanne M. Crouse, Esquire
Office of the US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Kevin R. Feig, Esquire
BWW Law Group LLC
6003 Executive Boulevard, Suite 101
Rockville, MD 20852

Robert Alston Jones, Esquire
Samuel I. White, PC
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

Michael J. Lichtenstein, Esquire
Benjamin Smith, Esquire
Shulman Rogers Gandal Pordy & Ecker
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

Mark David Meyer, Esquire
Rosenberg & Associates LLC
7910 Woodmont Avenue, Suite 750
Bethesda, MD 20814

John D. Sadler, Esquire
Ballard Spahr LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814

James A. Vidmar, Esquire
Lisa Yonka Stevens, Esquire
Yumkas Vidmar Sweeney & Mulrenin
10211 Wincopin Circle, Suite 500
Columbia, MD 21044

Douglas L. Burgess, Esquire
Nolan, Plumhoff & Williams, Chartered
502 Washington Avenue, Suite 700
Towson, MD 21204

Ronald J. Drescher, Esquire
Drescher & Associates
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

| | |
|---|---|
| James M. Greenan, Esquire<br>Craig Palik, Esquire<br>McNamee Hosea<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD  20770 | Michael J. Klima, Jr., Esquire<br>Thieblot Ryan PA<br>810 Gleneagles Court, Suite 312<br>Towson, MD  21286 |
| Thomas J. McKee, Jr., Esquire<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, VA  22102 | Gerard Francis Miles, Jr., Esquire<br>Huesman Jones & Miles, LLC<br>11350 McCormick Road, Suite 905<br>Hunt Valley, MD  21031 |
| Frances Charlotte Wilburn, Esquire<br>Gregory P. Johnson, Esquire<br>Offit Kurman PA<br>4800 Montgomery Lane, 9th Floor<br>Bethesda, MD  20814 | Michael T. Cantrell, Esquire<br>McCabe Weisberg & Conway, PC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD  20707 |
| Alan D. Eisler, Esquire<br>Eisler Hamilton LLC<br>6110 Executive Boulevard, Suite 230<br>Rockville, MD  20852 | Keith R. Havens, Esquire<br>Havens and Associates<br>2401 Research Boulevard, Suite 308<br>Rockville, MD  20850 |
| Jennifer Larkin Kneeland, Esquire<br>Linowes and Blocher LLP<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, MD  20814 | Brian S. McNair, Esquire<br>Covahey Boozer Devan & Dore, PA<br>11350 McCormick Road, Suite 200<br>Hunt Valley, MD  21031 |
| David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>233 E. Redwood Street<br>Baltimore, MD  21202 | |

**END OF ORDER**

8267678-2  041834.00001