**DEBTOR:**  David and Jane Fairweather                          **CASE NO:**  14-18615

## OFFICE OF THE UNITED STATES TRUSTEE

## DISTRICT OF MARYLAND, GREENBELT DIVISION
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period:**   11/01/16                 to         11/30/16

---

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| [X] | [ ] | 1  Cash Flow Statement (Page 2) |
| [X] | [ ] | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| [X] | [ ] | 3  Cash Receipts Detail (Page 4) |
| [X] | [ ] | 4  Cash Disbursements Detail (Page 5) |
| [X] | [ ] | 5  Receipts and Disbursements Recap Case to Date (Page 6) |
| [X] | [ ] | 6  **Bank Statements for All Bank Accounts**  (remember to redact all but last four digits of bank account number) |

---

| QUESTIONNAIRE | Yes | No |
|:---|:---:|:---:|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | | X |
| 4. Did you pay all your bills on time this month? | | X |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:**        12/20/2016            **Signature (Debtor):**  _Lawrence A. Katz (signature)_

**Print name:**  Lawrence A. Katz, Trustee

**Signature (Co-Debtor, if one):**  _____

**Print name:**  _____

DEBTOR: David and Jane Fairweather                CASE NUMBER: 14-18615

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

For Period: _____ 11/1/16 _____ to _____ 11/30/16 _____

CASH FLOW SUMMARY (SEE NOTE A)

| | | | | |
|---|---|---|---|---|
| 1. | Beginning Cash Balance | | $ 130,750.76 | (1) A |
| 2. | **Cash Receipts** | | | |
| | Wages and commisions | $ 92,586.44 | | |
| | Sole Proprietorship Revenues | | | |
| | Draws from owned entities other than Sole Prop | | | |
| | Rental Income | 14,341.72 | | |
| | Other  Refunds | 772.14 | | |
| | Other  Interest | 20.95 | | |
| | Total Cash Receipts | | $ 107,721.25 | B |
| 3. | **Cash Disbursements** | | | |
| | Rent or home mortgage payment | $ 56,003.36 | | |
| | Utilities and Telephone Expenses | 3,316.02 | | |
| | Home maintenance (repairs/upkeep) | | | |
| | Food / Groceries/living expenses | 14,000.00 | | |
| | Insurance payments | 2,132.70 | | |
| | Installment payments (including auto) | | | |
| | Transportation (not including car payments) | | | |
| | Legal / Professional Fees / U.S. Trustee Fees | 4,450.00 | | |
| | Sole Proprietorship Expenses | 45546.54 | | |
| | Rental property expenses / repairs | 9,627.03 | | |
| | Other  Bank charges | 164.95 | | |
| | Other  Related business expenses | | | |
| | Other  taxes | $16,075.00 | | |
| | Miscellaneous | | | |
| | Total Cash Disbursements | | $ 151,315.60 | C |
| 4. | Net Cash Flow for Month (Total Cash Receipts | | | |
| | less Total Cash Disbursements) | (B - C) | -43,594.35 | D |
| 5. | Ending Cash Balance | (A + D) $ | 87,156.41 | E |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 151,315.60 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | **151,315.60** |

*(A)* *The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*        Rev. 2012-11

*(1)* *Current month beginning cash balance should equal the previous month's ending balance.*        PAGE 2

**DEBTOR:** David and Jane Fairweather          Case Number: 14-18615

## BANK RECONCILIATIONS

| Month ending:                Nov-16 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | Wells Fargo* | Wells Fargo* |
| Last four digits of account | 3051 | 3069 | 8954 | 3198 |
| Purpose of Acct (Personal or Business) | Personal | Personal | Personal | Personal |
| Type of account (Checking or Savings) | Checking | Checking | Checking | Checking |
| **Balance per Bank Statement at End of the Month** | 12,431.27 | 74,725.14 | 0.00 | 0.00 |
| **ADD:** Deposits not credited (attach list) | | | | |
| **SUBTRACT:** Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| **Month end Balance (Must agree with books)** | 12,431.27 | 74,725.14 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS AT END OF MONTH** | | | | 87,156.41 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL OWED POST-PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post-petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| Accounts 3 and 4 are the Debtors' old DIP accounts and have been closed. |
| |
| |
| |

Rev. 2012-11

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** David and Jane Fairweather      **CASE NO:** 14-18615

### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 11/1/2016 **to** 11/30/2016

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** 3051/3069

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

## <u>SEE ATTACHED REPORT</u>

| | | | |
|------|-------|-------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts** $ 107,721.26 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-11
PAGE 4

4:57 PM
12/22/16

**Lawrence A. Katz, as Trustee for David Fairweather**
**Deposit Detail**
November 2016

| Date | Name | Memo | Account | Amount |
|------|------|------|---------|--------|
| 11/04/2016 | | Deposit | DIP Account - Jane Fairweather | 27,997.54 |
| | | Deposit | Commission Income | -27,997.54 |
| TOTAL | | | | -27,997.54 |
| 11/07/2016 | | Deposit   Scholnick-300 SE 5th Avenue | DIP Account - David Fairweather | 6,500.00 |
| | | Deposit   Scholnick-300 SE 5th Avenue | Rental Income | -6,500.00 |
| TOTAL | | | | -6,500.00 |
| 11/09/2016 | | Fairweather Team Payroll | DIP Account - David Fairweather | 1,552.50 |
| | | Fairweather Team Payroll | Commission Income | -1,552.50 |
| TOTAL | | | | -1,552.50 |
| 11/14/2016 | David Craig Interio... | Deposit | DIP Account - David Fairweather | 4,665.00 |
| | | Deposit | Rental Income | -4,665.00 |
| TOTAL | | | | -4,665.00 |
| 11/14/2016 | Hasbrouck Real Est... | Deposit | DIP Account - David Fairweather | 3,176.72 |
| | | Deposit | Rental Income | -3,176.72 |
| TOTAL | | | | -3,176.72 |
| 11/14/2016 | Federal Title and E... | Deposit | DIP Account - David Fairweather | 584.90 |
| | | Deposit | Refund Income | -584.90 |
| TOTAL | | | | -584.90 |
| 11/17/2016 | | Montgomery Village | DIP Account - David Fairweather | 187.24 |
| | | Montgomery Village | Refund Income | -187.24 |
| TOTAL | | | | -187.24 |

Page 1

4:57 PM
12/22/16

## Lawrence A. Katz, as Trustee for David Fairweather
### Deposit Detail
#### November 2016

| Date | Name | Memo | Account | Amount |
|------|------|------|---------|--------|
| 11/22/2016 | | Deposit | DIP Account - Jane Fairweather | 61,483.92 |
| | | Deposit | Commission Income | -61,483.92 |
| TOTAL | | | | -61,483.92 |
| 11/23/2016 | | Fairweather Team Payroll | DIP Account - David Fairweather | 1,552.49 |
| | | Fairweather Team Payroll | Commission Income | -1,552.49 |
| TOTAL | | | | -1,552.49 |
| 11/30/2016 | | Deposit | DIP Account - David Fairweather | 4.97 |
| | | Deposit | Interest Income | -4.97 |
| TOTAL | | | | -4.97 |
| 11/30/2016 | | Deposit | DIP Account - Jane Fairweather | 15.98 |
| | | Deposit | Interest Income | -15.98 |
| TOTAL | | | | -15.98 |

**DEBTOR:**   David and Jane Fairweather          **CASE NO:**  14-18615

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:  11/1/16  to  11/30/16

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**          3051/3069

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **SEE ATTACHED REPORT** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total automatic debits for the month which identify who is paid _____

Total Cash Disbursements     $    151,315.60

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-11
PAGE 5

4:44 PM
12/22/16

## Lawrence A. Katz, as Trustee for David Fairweather
## Check Detail
### November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| Check | | 11/07/2016 | Baltimore Gas Electric | Online payment | DIP Account - David Fairweather | | -452.53 |
| | | | | Online payment | Utilities | -452.53 | 452.53 |
| TOTAL | | | | | | | 452.53 |
| Check | | 11/07/2016 | Baltimore Gas Electric | Online payment | DIP Account - David Fairweather | | -810.86 |
| | | | | Online payment | Utilities | -810.86 | 810.86 |
| TOTAL | | | | | | | 810.86 |
| Check | | 11/09/2016 | Edgemoor Condo Assoc.... | Check #5001 | DIP Account - David Fairweather | | -1,900.00 |
| | | | | Check #5001 | Rent Expense | -1,900.00 | 1,900.00 |
| TOTAL | | | | | | | 1,900.00 |
| Check | | 11/10/2016 | DS Water | Online payment | DIP Account - David Fairweather | | -26.33 |
| | | | | Online payment | Utilities | -26.33 | 26.33 |
| TOTAL | | | | | | | 26.33 |
| Check | | 11/10/2016 | Verizon | Online payment | DIP Account - David Fairweather | | -34.34 |
| | | | | Online payment | Telephone Expense | -34.34 | 34.34 |
| TOTAL | | | | | | | 34.34 |
| Check | | 11/10/2016 | Northgate Homes | Online payment | DIP Account - David Fairweather | | -187.24 |
| | | | | Online payment | Rental Property Expense | -187.24 | 187.24 |
| TOTAL | | | | | | | 187.24 |
| Check | Sprint | 11/10/2016 | | Online payment | DIP Account - David Fairweather | | -541.04 |
| | | | | Online payment | Telephone Expense | -541.04 | 541.04 |
| TOTAL | | | | | | | 541.04 |

4:44 PM
12/22/16

# Lawrence A. Katz, as Trustee for David Fairweather
## Check Detail
### November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 11/14/2016 | Carpet & Floor | Check #5005 | DIP Account - David Fairweather | | -4,588.79 |
| | | | | Check #5005 | Rental Property Expense | -4,588.79 | 4,588.79 |
| TOTAL | | | | | | -4,588.79 | 4,588.79 |
| Check | | 11/14/2016 | Edge Floral Design | Check #5028 | DIP Account - David Fairweather | | -560.00 |
| | | | | Check #5028 | Rental Property Expense | -560.00 | 560.00 |
| TOTAL | | | | | | -560.00 | 560.00 |
| Check | | 11/14/2016 | Comcast | Check #5022 | DIP Account - David Fairweather | | -587.74 |
| | | | | Check #5022 | Internet expense | -587.74 | 587.74 |
| TOTAL | | | | | | -587.74 | 587.74 |
| Check | | 11/15/2016 | David Fairweather | November 2016 personal... | DIP Account - David Fairweather | | -14,000.00 |
| | | | | November 2016 personal... | Living Expense | -14,000.00 | 14,000.00 |
| TOTAL | | | | | | -14,000.00 | 14,000.00 |
| Check | | 11/15/2016 | De Lage Financial Servic... | Check #5031 | DIP Account - David Fairweather | | -502.16 |
| | | | | Check #5031 | Office Equipment rental | -502.16 | 502.16 |
| TOTAL | | | | | | -502.16 | 502.16 |
| Check | | 11/15/2016 | Comcast | Check #5009 | DIP Account - David Fairweather | | -369.19 |
| | | | | Check #5009 | Internet expense | -369.19 | 369.19 |
| TOTAL | | | | | | -369.19 | 369.19 |
| Check | | 11/15/2016 | Comcast | Check #5008 | DIP Account - David Fairweather | | -493.99 |
| | | | | Check #5008 | Internet expense | -493.99 | 493.99 |
| TOTAL | | | | | | -493.99 | 493.99 |

Page 2

4:44 PM
12/22/16

**Lawrence A. Katz, as Trustee for David Fairweather**
**Check Detail**
November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 11/15/2016 | Browncape | Check #5024 | DIP Account - David Fairweather | | |
| | | | | | Rental Property Expense | -225.00 | 225.00 |
| TOTAL | | | | | | -225.00 | 225.00 |
| Check | | 11/15/2016 | Print 1 Printing & Copying | Check #5015 | DIP Account - David Fairweather | | |
| | | | | | Advertising and Promotion | -173.84 | 173.84 |
| TOTAL | | | | | | -173.84 | 173.84 |
| Check | | 11/16/2016 | Restart Computer Servic... | Check #5016 | DIP Account - David Fairweather | | |
| | | | | | Repairs and Maintenance | -765.00 | 765.00 |
| TOTAL | | | | | | -765.00 | 765.00 |
| Check | | 11/16/2016 | Commonwealth Digital ... | Check #5030 | DIP Account - David Fairweather | | |
| | | | | | Repairs and Maintenance | -817.29 | 817.29 |
| TOTAL | | | | | | -817.29 | 817.29 |
| Check | | 11/16/2016 | Jose Badillo | Check #5010 | DIP Account - David Fairweather | | |
| | | | | | Rental Property Expense | -250.00 | 250.00 |
| TOTAL | | | | | | -250.00 | 250.00 |
| Check | | 11/16/2016 | Montgomery County | Property - Check #5029 | DIP Account - David Fairweather | | |
| | | | | | Taxes | -343.39 | 343.39 |
| TOTAL | | | | | | -343.39 | 343.39 |
| Check | | 11/16/2016 | Harbeson Groundskeepi... | Check #5020 | DIP Account - David Fairweather | | |
| | | | | | Rental Property Expense | -528.00 | 528.00 |
| TOTAL | | | | | | -528.00 | 528.00 |

Page 3

4:44 PM
12/22/16

# Lawrence A. Katz, as Trustee for David Fairweather
## Check Detail
### November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 11/17/2016 | Bethesda Magazine | Check #5019 | DIP Account - David Fairweather | -950.00 | -950.00 |
| | | | | | Advertising and Promotion | -950.00 | 950.00 |
| TOTAL | | | | | | -950.00 | 950.00 |
| Check | | 11/18/2016 | Lawns Unlimited | Check #5006 | DIP Account - David Fairweather | -43.00 | -43.00 |
| | | | | | Rental Property Expense | 43.00 | 43.00 |
| TOTAL | | | | | | -43.00 | 43.00 |
| Check | | 11/21/2016 | | Account Analysis Fee | DIP Account - David Fairweather | -39.52 | -39.52 |
| | | | | | Bank Service Charges | 39.52 | 39.52 |
| TOTAL | | | | | | -39.52 | 39.52 |
| Check | | 11/21/2016 | The New York Times | Check #5032 | DIP Account - David Fairweather | -39.86 | -39.86 |
| | | | | | Advertising and Promotion | 39.86 | 39.86 |
| TOTAL | | | | | | -39.86 | 39.86 |
| Check | | 11/21/2016 | | | DIP Account - Jane Fairweather | -120.96 | -120.96 |
| | | | | | Bank Service Charges | 120.96 | 120.96 |
| TOTAL | | | | | | -120.96 | 120.96 |
| Check | | 11/22/2016 | Lorraine White | Check #5033 | DIP Account - David Fairweather | -1,020.00 | -1,020.00 |
| | | | | | Rental Property Expense | 1,020.00 | 1,020.00 |
| TOTAL | | | | | | -1,020.00 | 1,020.00 |
| Check | | 11/22/2016 | Medicare Premium Colle... | Check #5027 | DIP Account - David Fairweather | -462.70 | -462.70 |
| | | | | | Insurance Expense | 462.70 | 462.70 |
| TOTAL | | | | | | -462.70 | 462.70 |

4:44 PM
12/22/16

# Lawrence A. Katz, as Trustee for David Fairweather
## Check Detail
### November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 11/29/2016 | EED & General Services | Check #5025 | DIP Account - David Fairweather | -325.00 | -325.00 |
| | | | | Check #5025 | Rental Property Expense | -325.00 | 325.00 |
| TOTAL | | | | | | -325.00 | 325.00 |
| Check | | 11/30/2016 | | | DIP Account - Jane Fairweather | -4.47 | -4.47 |
| | | | | | Bank Service Charges | -4.47 | 4.47 |
| TOTAL | | | | | | -4.47 | 4.47 |
| Check | 101 | 11/04/2016 | Internal Revenue Service | | DIP Account - Jane Fairweather | -4,245.00 | -4,245.00 |
| | | | | | Taxes | -4,245.00 | 4,245.00 |
| TOTAL | | | | | | -4,245.00 | 4,245.00 |
| Check | 102 | 11/04/2016 | Internal Revenue Service | VOID: 1040 Estimated 2... | DIP Account - David Fairweather | 0.00 | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| Check | 102 | 11/04/2016 | Comptroller of Maryland | | DIP Account - Jane Fairweather | -1,415.00 | -1,415.00 |
| | | | | | Taxes | -1,415.00 | 1,415.00 |
| TOTAL | | | | | | -1,415.00 | 1,415.00 |
| Check | 103 | 11/04/2016 | Comptroller of Maryland | 502 Estimated 2016 tax... | DIP Account - David Fairweather | -1,415.00 | -1,415.00 |
| | | | | 502 Estimated 2016 taxe... | Taxes | -1,415.00 | 1,415.00 |
| TOTAL | | | | | | -1,415.00 | 1,415.00 |
| Check | 103 | 11/04/2016 | Internal Revenue Service | | DIP Account - Jane Fairweather | -4,000.00 | -4,000.00 |
| | | | | | Taxes | -4,000.00 | 4,000.00 |
| TOTAL | | | | | | -4,000.00 | 4,000.00 |

Page 5

4:44 PM
12/22/16

# Lawrence A. Katz, as Trustee for David Fairweather
## Check Detail
### November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 104 | 11/04/2016 | Internal Revenue Service | 1040 Estimated 2016 ta... | DIP Account - David Fairweather Taxes | -4,000.00 | -4,000.00 |
| TOTAL | | | | 1040 Estimated 2016 tax... | Taxes | -4,000.00 | 4,000.00 |
| Check | 104 | 11/04/2016 | Comptroller of Maryland | | DIP Account - Jane Fairweather Taxes | -500.00 | -500.00 |
| TOTAL | | | | | Taxes | -500.00 | 500.00 |
| Check | 105 | 11/04/2016 | Comptroller of Maryland | 502 Estimated 2016 tax... | DIP Account - David Fairweather Taxes | -500.00 | -500.00 |
| TOTAL | | | | 502 Estimated 2016 taxe... | Taxes | -500.00 | 500.00 |
| Check | 105 | 11/04/2016 | Jane Fairweather Team l... | | DIP Account - Jane Fairweather Payroll | -20,955.00 | -20,955.00 |
| TOTAL | | | | | Payroll | -20,955.00 | 20,955.00 |
| Check | 106 | 11/07/2016 | The Columbia Bank | | DIP Account - Jane Fairweather Mortgage Expense | -26,547.14 | -26,547.14 |
| TOTAL | | | | | Mortgage Expense | -26,547.14 | 26,547.14 |
| Check | 106 | 11/16/2016 | Columbia Bank | | DIP Account - David Fairweather Mortgage Expense | -26,547.13 | -26,547.13 |
| TOTAL | | | | | Mortgage Expense | -26,547.13 | 26,547.13 |
| Check | 107 | 11/09/2016 | The Columbia Bank | | DIP Account - Jane Fairweather Mortgage Expense | -1,116.12 | -1,116.12 |
| TOTAL | | | | | Mortgage Expense | -1,116.12 | 1,116.12 |

4:44 PM
12/22/16

**Lawrence A. Katz, as Trustee for David Fairweather**
**Check Detail**
November 2016

| Type | Num | Date | Name | Memo | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | 108 | 11/09/2016 | The Columbia Bank | | DIP Account - Jane Fairweather | | |
| | | | | | Mortgage Expense | -1,792.97 | -1,792.97 |
| TOTAL | | | | | | -1,792.97 | 1,792.97 |
| Check | 109 | 11/11/2016 | John Hancock | | DIP Account - Jane Fairweather | | |
| | | | | | Insurance Expense | -1,670.00 | 1,670.00 |
| TOTAL | | | | | | -1,670.00 | 1,670.00 |
| Check | 110 | 11/11/2016 | U.S. Trustee | | DIP Account - Jane Fairweather | | -4,450.00 |
| | | | | | Professional Fees | -4,450.00 | 4,450.00 |
| TOTAL | | | | | | -4,450.00 | 4,450.00 |
| Check | 111 | 11/17/2016 | Jane Fairweather Team l... | | DIP Account - Jane Fairweather | | -21,000.00 |
| | | | | | Payroll | -21,000.00 | 21,000.00 |
| TOTAL | | | | | | -21,000.00 | 21,000.00 |

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** David and Jane Fairweather    **Case Number:** 14-18615

**Date Case was filed:** 5/28/2014

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| Year: | Income | Expenses | Net Inc/ (Loss) | Year: | Income | Expenses | Net Inc/ (Loss) |
|---|---|---|---|---|---|---|---|
| Jan | 163,231 | 185,742 | (22,511) | | | | - |
| Feb | 120,544 | 153,850 | (33,306) | | | | - |
| Mar | 131,829 | 156,333 | (24,504) | | 139,439 | 175,788 | (36,349) |
| Apr | 243,683 | 188,603 | 55,080 | | 165,688 | 182,124 | (16,436) |
| May | 134,864 | 139,819 | (4,955) | | 177,514 | 139,062 | 38,452 |
| Jun | 217,203 | 241,532 | (24,329) | | 286,773 | 206,511 | 80,262 |
| Jul | 159,518 | 118,960 | 40,558 | | 199,986 | 280,669 | (80,683) |
| Aug | 163,701 | 215,830 | (52,129) | | 134,416 | 144,632 | (10,216) |
| Sep | 145,849 | 176,306 | (30,457) | | 203,771 | 189,480 | 14,291 |
| Oct | 65,189 | 69,229 | (4,040) | | 167,927 | 190,091 | (22,164) |
| Nov | 107,721 | 151,315 | (43,594) | | 122,627 | 120,030 | 2,597 |
| Dec | | | - | | 396,777 | 337,146 | 59,631 |
| TOTAL | 1,653,332 | 1,797,519 | (144,187) | | 1,994,918 | 1,965,533 | 29,385 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
83/E00/0175/25/72
████3051
11/30/2016

# SunTrust

## Account Statement

LAWRENCE A KATZ CHAPTER 11 TRUSTEE
FOR DAVID W FAIRWEATHER BANKRUPTCY E
CASE # 14-18615
8270 GREENSBRO DRIVE STE 700
MC LEAN VA 22102

Questions? Please call
1-800-786-8787

> Beginning November 4, 2016, you will notice a change to how transactions post to your account. Please visit SunTrust.com/BusinessPostingProcess for more information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUSINESS ANALYSIS INT CHECK | ████3051 | 11/01/2016 - 11/30/2016 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $34,061.25 | Average Balance | $24,665.90 |
| Deposits/Credits | $44,757.50 | Average Collected Balance | $24,168.37 |
| Checks | $61,407.08 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $4,980.40 | Annual Percentage Yield Earned | .25% |
| Ending Balance | $12,431.27 | Interest Paid Year to Date | $15.58 |

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 11/07 | 6,500.00 | | DEPOSIT | 11/14 | 8,426.62 | | DEPOSIT |
| 11/07 | 7,000.00 | | ONLINE BANKING TRANSFER FROM ████3069 | | | | |
| 11/09 | 1,552.49 | | ELECTRONIC/ACH CREDIT FAIRWEATHER TEAM PAYROLL ███0172 | | | | |
| 11/09 | 17.17 | | ONLINE BANKING TRANSFER FROM ████3069 | | | | |
| 11/09 | 5,516.52 | | ONLINE BANKING TRANSFER FROM ████3069 | | | | |
| 11/18 | 187.24 | | ELECTRONIC/ACH CREDIT MONTGOMERY VILLA PMT REFUND CK████2037 | | | | |
| 11/22 | 14,000.00 | | ONLINE BANKING TRANSFER FROM ████3069 | | | | |
| 11/23 | 1,552.49 | | ELECTRONIC/ACH CREDIT FAIRWEATHER TEAM PAYROLL ███0172 | | | | |
| 11/30 | 4.97 | | INTEREST PAID THIS STATEMENT THRU 11/30 | | | | |

Deposits/Credits: 10    Total Items Deposited: 5

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 103 | 1,415.00 | 11/22 | 5010 | 250.00 | 11/16 | 5025 | 325.00 | 11/29 |
| 104 | 4,000.00 | 11/16 | *5014 | 14,000.00 | 11/15 | *5027 | 462.70 | 11/22 |
| 105 | 500.00 | 11/22 | 5015 | 173.84 | 11/16 | 5028 | 560.00 | 11/14 |
| 106 | 26,547.13 | 11/16 | 5016 | 765.00 | 11/16 | 5029 | 343.39 | 11/16 |
| *5001 | 1,900.00 | 11/09 | *5019 | 950.00 | 11/17 | 5030 | 817.29 | 11/16 |
| *5005 | 4,588.79 | 11/14 | 5020 | 528.00 | 11/16 | 5031 | 502.16 | 11/15 |
| 5006 | 43.00 | 11/18 | *5022 | 587.74 | 11/15 | 5032 | 39.86 | 11/21 |
| *5008 | 493.99 | 11/15 | *5024 | 225.00 | 11/15 | 5033 | 1,020.00 | 11/22 |
| 5009 | 369.19 | 11/15 | | | | | | |

Checks: 25
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 11/07 | 452.53 | | ELECTRONIC/ACH DEBIT BLTMORE GAS ELEC ONLINE PMTCK████2037POS |
| 11/07 | 810.86 | | ELECTRONIC/ACH DEBIT BLTMORE GAS ELEC ONLINE PMTCK████2037POS |
| 11/09 | 924.00 | | ONLINE BANKING TRANSFER TO ████3069 |
| 11/09 | 510.00 | | ONLINE BANKING TRANSFER TO ████3069 |

12284

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
83/E00/0175/25/72
■■■■■3051
11/30/2016

# SunTrust

## Account Statement

| Withdrawals/<br>Debits | Date<br>Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/09 | 558.06 | | ONLINE BANKING TRANSFER TO ■■■■■■3069 |
| | 11/09 | 896.48 | | ONLINE BANKING TRANSFER TO ■■■■■■3069 |
| | 11/10 | 26.33 | | ELECTRONIC/ACH DEBIT<br>DS WATER ONLINE PMTCK■■■2037POS |
| | 11/10 | 34.34 | | ELECTRONIC/ACH DEBIT<br>VERIZON ONLINE PMTCK■■■2037POS |
| | 11/10 | 187.24 | | ELECTRONIC/ACH DEBIT<br>MONTGOM VILLAGEONLINE PMTCK■■■2037POS |
| | 11/10 | 541.04 | | ELECTRONIC/ACH DEBIT<br>SPRINT  ONLINE PMTCK■■■2037POS |
| | 11/21 | 39.52 | | ACCOUNT ANALYSIS FEE |
| | Withdrawals/Debits: 11 | | | |

| Balance<br>Activity<br>History | Date | Balance | Collected<br>Balance | Date | Balance | Collected<br>Balance |
|---|---|---|---|---|---|---|
| | 11/01 | 34,061.25 | 34,061.25 | 11/17 | 531.65 | 531.65 |
| | 11/07 | 46,297.86 | 39,797.86 | 11/18 | 675.89 | 675.89 |
| | 11/08 | 46,297.86 | 46,297.86 | 11/21 | 596.51 | 596.51 |
| | 11/09 | 48,595.50 | 48,595.50 | 11/22 | 11,198.81 | 11,198.81 |
| | 11/10 | 47,806.55 | 47,806.55 | 11/23 | 12,751.30 | 12,751.30 |
| | 11/14 | 51,084.38 | 42,658.38 | 11/29 | 12,426.30 | 12,426.30 |
| | 11/15 | 34,906.30 | 34,906.30 | 11/30 | 12,431.27 | 12,431.27 |
| | 11/16 | 1,481.65 | 1,481.65 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
83/E00/0175/11/72
████████3069
11/30/2016

# SUNTRUST

# Account
# Statement

LAWRENCE A KATZ CHAPTER 11 TRUSTEE
FOR JANE FAIRWEATHER BANKRUPTCY
CASE # 14-18615
8270 GREENSBRO DRIVE STE 700
MC LEAN VA 22102

Questions? Please call
1-800-786-8787

> Beginning November 4, 2016, you will notice a change to how transactions post to your account. Please visit
> SunTrust.com/BusinessPostingProcess for more information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUSINESS ANALYSIS INT CHECK | ████████3069 | 11/01/2016 - 11/30/2016 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $96,689.51 | Average Balance | $80,772.42 |
| Deposits/Credits | $92,385.98 | Average Collected Balance | $77,789.75 |
| Checks | $87,691.23 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $26,659.12 | Annual Percentage Yield Earned | .25% |
| Ending Balance | $74,725.14 | Interest Paid Year to Date | $37.27 |
| | | Year to Date interest Withheld | $4.47 |

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 11/07 | 27,997.54 | | DEPOSIT | 11/22 | 61,483.92 | | DEPOSIT |
| 11/09 | 924.00 | | ONLINE BANKING TRANSFER FROM | | | 3051 | |
| 11/09 | 510.00 | | ONLINE BANKING TRANSFER FROM | | | 3051 | |
| 11/09 | 558.06 | | ONLINE BANKING TRANSFER FROM | | | 3051 | |
| 11/09 | 896.48 | | ONLINE BANKING TRANSFER FROM | | | 3051 | |
| 11/30 | 15.98 | | INTEREST PAID THIS STATEMENT THRU 11/30 | | | | |

Deposits/Credits: 7                          Total Items Deposited: 14

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 101 | 4,245.00 | 11/17 | 105 | 20,955.00 | 11/07 | 109 | 1,670.00 | 11/22 |
| 102 | 1,415.00 | 11/22 | 106 | 26,547.14 | 11/16 | 110 | 4,450.00 | 11/22 |
| 103 | 4,000.00 | 11/16 | 107 | 1,116.12 | 11/15 | 111 | 21,000.00 | 11/21 |
| 104 | 500.00 | 11/22 | 108 | 1,792.97 | 11/15 | | | |

Checks: 11

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 11/07 | 7,000.00 | | ONLINE BANKING TRANSFER TO ████████3051 |
| 11/09 | 17.17 | | ONLINE BANKING TRANSFER TO ████████3051 |
| 11/09 | 5,516.52 | | ONLINE BANKING TRANSFER TO ████████3051 |
| 11/21 | 120.96 | | ACCOUNT ANALYSIS FEE |
| 11/22 | 14,000.00 | | ONLINE BANKING TRANSFER TO ████████3051 |
| 11/30 | 4.47 | | BACKUP INTEREST WITHHOLDING |

Withdrawals/Debits: 6

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 96,689.51 | 96,689.51 | 11/16 | 60,630.67 | 60,630.67 |
| 11/07 | 96,732.05 | 68,735.05 | 11/17 | 56,385.67 | 56,385.67 |
| 11/08 | 96,732.05 | 96,732.05 | 11/21 | 35,264.71 | 35,264.71 |
| 11/09 | 94,086.90 | 94,086.90 | 11/22 | 74,713.63 | 13,230.63 |
| 11/15 | 91,177.81 | 91,177.81 | 11/23 | 74,713.63 | 74,713.63 |

12286

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
83/E00/0175/11/72
███████3069
11/30/2016

# SunTrust

## Account Statement

| Balance Activity History | Date | Balance | Collected Balance | |
|---|---|---|---|---|
| | 11/30 | 74,725.14 | 74,725.14 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

12287                                  Member FDIC

























































































JANE FAIRWEATHER
LAWRENCE A KATZ TRUSTEE
8270 GREENSBRO DRIVE STE 700
MC LEAN, VA 22102

101

Date Nov 2, 2016

Pay to the order of Internal Revenue Service    | $ 4,245.00

Four Thousand Two Hundred Forty-five &

SunTrust

3049 0101 0000 4245.00

CREDIT TO THE US TREASURY

1416



































**Demand Dep *1500**

Nov 1 - Nov 30, 2016 Custom

Balance $8,608.30
Available** $8,241.53

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|-----------|---------|
| 11/30/2016 | POS Purchase / MONTGOMERYDOT BETHESDA BETHESDA MD | | $450.00 | $5,608.47 |
| 11/30/2016 | POS Purchase / MONTGOMERYDOT BETHESDA BETHESDA MD | | $150.00 | $6,058.47 |
| 11/29/2016 | Check #280: Check | | $100.00 | $6,208.47 |
| 11/29/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $26.00 | $6,308.47 |
| 11/28/2016 | Check #279: Check | | $75.00 | $6,334.47 |
| 11/28/2016 | POS Purchase / SILVER ROCKVILLE MD | | $71.00 | $6,409.47 |
| 11/28/2016 | POS Purchase / LE PAIN QUOTIDIEN BETHESDA MD | | $55.00 | $6,480.47 |
| 11/28/2016 | POS Purchase / HARRIS TEETER #404 BETHESDA MD | | $49.85 | $6,535.47 |
| 11/28/2016 | POS Purchase / WOODMONT(301)656-9755 BETHESDA MD | | $29.00 | $6,585.32 |
| 11/28/2016 | POS Purchase / BETHESDA ROW WEBSALE 26 BETHESDA MD | | $19.00 | $6,614.32 |
| 11/25/2016 | POS Purchase / NICOLA PIZZA REHOBOTH BEAC DE | | $88.00 | $6,633.32 |
| 11/25/2016 | POS Purchase / GIANT 0387 REHOBOTH DE | | $81.56 | $6,721.32 |
| 11/25/2016 | POS Purchase / EXXONMOBIL ███/3138 ANNAPOLIS MD | | $31.67 | $6,802.88 |
| 11/23/2016 | CARL ANDERSON/BILL PAYMT / FAIRWEATHER DAVID | | $40.00 | $6,834.55 |
| 11/23/2016 | PEST NOW/BILL PAYMT / FAIRWEATHER DAVID | | $87.00 | $6,874.55 |
| 11/23/2016 | LAWNS UNLIMITED/BILL PAYMT / FAIRWEATHER DAVID | | $482.69 | $6,961.55 |
| 11/23/2016 | POS Purchase / CESCO OSTERIA BETHESDA MD | | $74.01 | $7,424.24 |
| 11/23/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $13.00 | $7,498.25 |
| 11/22/2016 | Check #278: Check | | $75.00 | $7,511.25 |
| 11/22/2016 | POS Purchase / MAYFLOWER RESTAURANT BETHESDA MD | | $147.36 | $7,586.25 |
| 11/22/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $134.77 | $7,733.61 |
| 11/22/2016 | POS Purchase / CESCO OSTERIA BETHESDA MD | | $103.00 | $7,868.38 |
| 11/22/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $51.40 | $7,971.38 |
| 11/22/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $16.00 | $8,022.78 |
| 11/21/2016 | POS Purchase / CVS/PHARMACY #01831 BETHESDA MD | | $66.75 | $8,037.78 |
| 11/21/2016 | POS Purchase / 2211 North First Street San Jose CA | | $55.00 | $8,104.53 |
| 11/21/2016 | POS Purchase / PINES OF ROME BETHESDA MD | | $44.00 | $8,159.53 |
| 11/21/2016 | POS Purchase / SUNOCO 0586115800 BETHESDA MD | | $31.09 | $8,203.53 |
| 11/21/2016 | POS Purchase / SAFEWAY STORE ███8480 BETHESDA MD | | $27.24 | $8,234.62 |
| 11/21/2016 | POS Purchase / PABC ARENA TRANS BALTIMORE MD | | $17.00 | $8,261.86 |
| 11/18/2016 | Check #277: Check | | $1,950.00 | $8,278.86 |
| 11/18/2016 | EYE ASSOCIATES O/BILL PAYMT / FAIRWEATHER DAVID | | $20.91 | $10,228.86 |
| 11/18/2016 | UNITED HEALTH GR/BILL PAYMT / FAIRWEATHER DAVID | | $57.50 | $10,249.77 |
| 11/18/2016 | PEPCO/BILL PAYMT / FAIRWEATHER DAVID | | $128.45 | $10,307.27 |
| 11/18/2016 | POS Purchase / VILLAGE HAT SHOP-ONLIN 888-8474287 CA | | $32.00 | $10,435.72 |
| 11/18/2016 | POS Purchase / SH PARKING ███6034 MD | | $7.00 | $10,467.72 |
| 11/17/2016 | Check #276: Check | | $62.18 | $10,474.72 |
| 11/17/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $10.00 | $10,536.90 |
| 11/16/2016 | TEMPLE SINAI/BILL PAYMT / FAIRWEATHER DAVID | | $295.00 | $10,546.90 |

| Date/2016 | Description XXXX2010 | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/16/2016 | POS Purchase / #103 BRIO BETHESDA ROCKVILLE MD | | $43.00 | $17,841.90 |
| 11/16/2016 | POS Purchase / CHEESECAKE MONTGOMERY BETHESDA MD | | $32.50 | $17,884.90 |
| 11/16/2016 | POS Purchase / CVS/PHARMACY #01831 BETHESDA MD | | $13.87 | $17,917.40 |
| 11/15/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $17.00 | $17,931.27 |
| 11/14/2016 | CAPITAL ONE/ONLINE PMT /⬛⬛⬛⬛8752 | | $800.00 | $17,948.27 |
| 11/14/2016 | POS Purchase / MRIS 888-8388200 MD | | $165.00 | $18,748.27 |
| 11/14/2016 | POS Purchase / HAD*HARRY & DAVID 800-346-5655 OR | | $79.98 | $18,913.27 |
| 11/14/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $52.99 | $18,993.25 |
| 11/14/2016 | POS Purchase / NYA JOE'S #28 BETHESDA MD | | $46.00 | $19,046.24 |
| 11/14/2016 | POS Purchase / JALEO MD BETHESDA MD | | $39.00 | $19,092.24 |
| 11/14/2016 | POS Purchase / WOODMONT(301)656-9755 BETHESDA MD | | $29.00 | $19,131.24 |
| 11/14/2016 | POS Purchase / SILVER DINER ROCKVILLE MD | | $24.06 | $19,160.24 |
| 11/14/2016 | POS Purchase / #103 BRIO BETHESDA ROCKVILLE MD | | $20.00 | $19,184.30 |
| 11/14/2016 | POS Purchase / CVS/PHARMACY #01831 BETHESDA MD | | $17.24 | $19,204.30 |
| 11/14/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $15.00 | $19,221.54 |
| 11/14/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $11.00 | $19,236.54 |
| 11/14/2016 | POS Purchase / CHINA GOURMET KENSINGTON MD | | $11.00 | $19,247.54 |
| 11/14/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $6.99 | $19,258.54 |
| 11/14/2016 | Deposit | $14,000.00 | | $19,265.53 |
| 11/10/2016 | POS Purchase / REALTOR ASSOCIATION/MLS 312-329-8245 IL | | $857.00 | $5,265.53 |
| 11/09/2016 | POS Purchase / #103 BRIO BETHESDA ROCKVILLE MD | | $52.83 | $5,922.53 |
| 11/09/2016 | POS Purchase / NANDOS OF BETHESDA LLC BETHESDA MD | | $29.00 | $5,975.36 |
| 11/08/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $14.00 | $6,004.36 |
| 11/09/2016 | POS Purchase / ASG NOBE N BETHESDA MR ROCKVILLE MD | | $4.00 | $6,018.36 |
| 11/09/2016 | Federal Benefit Payment/XXSOC SEC / SSA TREAS 310 | $442.10 | | $6,022.36 |
| 11/08/2016 | POS Purchase / SHELL OIL ⬛⬛4004 KENSINGTON MD | | $36.13 | $5,580.26 |
| 11/08/2016 | POS Purchase / CLYDE'S AT TOWER OAKS ROCKVILLE MD | | $29.00 | $5,616.39 |
| 11/08/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $10.00 | $5,645.39 |
| 11/07/2016 | POS Purchase / PINES OF ROME BETHESDA MD | | $45.00 | $5,655.39 |
| 11/07/2016 | POS Purchase / WOODMONT(301)656-9755 BETHESDA MD | | $31.00 | $5,700.39 |
| 11/07/2016 | POS Purchase / CRAVE BETHESDA BETHESDA MD | | $30.00 | $5,731.39 |
| 11/07/2016 | POS Purchase / QUINCY'S BETHESDA BETHESDA MD | | $25.00 | $5,761.39 |
| 11/07/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $11.00 | $5,786.39 |
| 11/04/2016 | POS Purchase / 024 WOODMONT GRILL BETHESDA MD | | $33.00 | $5,797.39 |
| 11/04/2016 | Federal Benefit Payment/XXSOC SEC / SSA TREAS 310 | $3,935.80 | | $5,830.39 |
| 11/03/2016 | COMCAST - MONTGO/BILL PAYMT / FAIRWEATHER DAVID | | $286.84 | $1,894.59 |
| 11/03/2016 | POS Purchase / MAYFLOWER RESTAURANT BETHESDA MD | | $36.85 | $2,181.23 |
| 11/03/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $12.00 | $2,218.08 |
| 11/03/2016 | POS Purchase / NETFLIX COM LOS GATOS CA | | $7.99 | $2,230.08 |
| 11/02/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $11.00 | $2,238.07 |
| 11/01/2016 | POS Purchase / PETERS CARRY OUT BETHESDA MD | | $13.00 | $2,249.07 |

**This balance may include overdraft or line of credit funds. Such overdraft or line of credit funds may not be available for all transactions.

DAVID WARREN FAIRWEATHER 09/16
JANE L FAIRWEATHER
PH. 240-793-4396
4821 MONTGOMERY LN. APT 1003
BETHESDA, MD 20814-6333

280

DATE 28 Nov 16

PAY TO
THE ORDER OF  Rob Hauck                    $ 100 00/100

One hundred & 00/100                          DOLLARS

CARDINAL
BANK

MEMO auto detail          D Dauwrather

1 500    0 280

ISN# ____5709
Date 11/28/2016



DAVID WARREN FAIRWEATHER 09/16
JANE L FAIRWEATHER
PH. 240-793-4396
4821 MONTGOMERY LN. APT 1003
BETHESDA, MD 20814-6333

279

DATE 22 Nov 16

PAY TO THE ORDER OF _Jackie Sanchez_    $ 75 00/100

Seventy five & 00/100    DOLLARS

CARDINAL Bank

MEMO _clng_    D. Fairweather

⑆500⑆    0279

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0090<
CAPITAL ONE, NA
3980    2016
RICHMOND, VA 051 21
Deposit    1292

DAVID WARREN FAIRWEATHER  09/16
JANE L FAIRWEATHER
PH. 240-793-4896
4821 MONTGOMERY LN. APT 1003
BETHESDA, MD 20814-6333

278

DATE 16 Nov 16

PAY TO THE ORDER OF  Jackie Sanchez

$ 75 00/100

Seventy five & 00/100  DOLLARS

CARDINAL Bank

MEMO  chr gve

D Fairweather

⑆500⑈  0278

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

0090<
CAPITAL ONE, NA
5980                    2018
RICHMOND, VA 124 21
Deposit          1292



DAVID WARREN FAIRWEATHER 09/16
JANE L FAIRWEATHER
PH. 240-793-4396
4821 MONTGOMERY LN. APT 1003
BETHESDA, MD 20814-6993

277

DATE 14 Nov 16

PAY TO THE ORDER OF  Dr Buttross                    $ 1950 00/100

Nineteen hundred fifty & 00/100                     DOLLARS

CARDINAL
BANK

MEMO  Surgery 11-17-16          D Fairweather

DAVID WARREN FAIRWEATHER  09/16
JANE L FAIRWEATHER
PH. 240-793-4396
4821 MONTGOMERY LN. APT 1003
BETHESDA, MD 20814-6333

UNITED STATES TREASURY

276

DATE 11 Nov 16

PAY TO
THE ORDER OF _United States Treasury_    $ 62 18/100

_Sixty two & 18/100_    DOLLARS

CARDINAL    Dec 30, 2012

MEMO  2647    D Fairweather

⑈500⑈    0276    C?000006218?

**Demand Dep *2010**

Nov 1 - Nov 30, 2016 Custom

Balance        $4,920.17
Available**    $4,875.24

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| 11/30/2016 | Check #326: Check | | $1,950.00 | $2,718.23 |
| 11/30/2016 | POS Purchase / KENDRA SCOTT - BETHESD BETHESDA MD | | $333.90 | $4,668.23 |
| 11/30/2016 | POS Purchase / COLONIAL PARKING #748 WASHINGTON DC | | $4.00 | $5,002.13 |
| 11/30/2016 | POS Purchase / HARRIS TEETER #4 BETHESDA MD | | $12.03 | $5,006.13 |
| 11/29/2016 | POS Purchase / ELEGANT NAIL SALON BETHESDA MD | | $14.00 | $5,018.16 |
| 11/29/2016 | POS Purchase / DUNKIN #353395 Q3 BETHESDA MD | | $9.15 | $5,032.16 |
| 11/29/2016 | POS Purchase / WHOLEFDS BET 100 BETHESDA MD | | $78.41 | $5,041.31 |
| 11/28/2016 | POS Purchase / LEVIS OUTLET 333 REHOBOTH BEAC DE | | $185.94 | $5,119.72 |
| 11/28/2016 | POS Purchase / BLOOMING BOUTIQUE, REHOBOTH BEAC DE | | $178.00 | $5,305.66 |
| 11/28/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $80.95 | $5,483.66 |
| 11/28/2016 | POS Purchase / SOULCYCLE-ONLINE 212-787-7685 NY | | $30.00 | $5,544.61 |
| 11/28/2016 | POS Purchase / SOULCYCLE-ONLINE 212-787-7685 NY | | $5.00 | $5,574.61 |
| 11/23/2016 | POS Purchase / BALDUCCI'S CATERING 866-278-8866 NJ | | $200.44 | $5,579.61 |
| 11/22/2016 | POS Purchase / COSTCO WHSE #1124 WHEATON MD | | $124.89 | $5,780.05 |
| 11/21/2016 | POS Purchase / 2211 North First Street San Jose CA | | $380.00 | $5,904.94 |
| 11/21/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $176.21 | $6,284.94 |
| 11/21/2016 | POS Purchase / GOLDEN HOUSE CARRY OUT BETHESDA MD | | $107.83 | $6,461.15 |
| 11/21/2016 | POS Purchase / GIANT 0327 BETHESDA MD | | $64.25 | $6,568.98 |
| 11/18/2016 | POS Purchase / COSTCO WHSE #1124 WHEATON MD | | $1,000.00 | $6,633.23 |
| 11/17/2016 | POS Purchase / LEBANESE TAVERNA BETHES BETHESDA MD | | $80.42 | $7,633.23 |
| 11/17/2016 | POS Purchase / COLONIAL PARKING #748 WASHINGTON DC | | $4.00 | $7,693.65 |
| 11/17/2016 | POS Purchase / MCG DOT BETH ST. PARKIN GAITHERSBURG MD | | $3.75 | $7,697.65 |
| 11/16/2016 | POS Purchase / BOND 1111 BETHESDA MD | | $140.00 | $7,701.40 |
| 11/16/2016 | POS Purchase / MON AMI GABI BETHESDA BETHESDA MD | | $30.45 | $7,841.40 |
| 11/16/2016 | POS Purchase / JETTIES - BETHESDA BETHESDA MD | | $19.45 | $7,871.85 |
| 11/16/2016 | POS Purchase / HARRIS TEETER #4 BETHESDA MD | | $35.68 | $7,891.30 |
| 11/16/2016 | INTR FROM: DDXXXX1500 | $7,000.00 | | $7,926.98 |
| 11/14/2016 | POS Purchase / J MCLAUGHLIN BETHESDA MD | | $188.68 | $926.98 |
| 11/14/2016 | POS Purchase / COURAGE B BETHESDA MD | | $178.08 | $1,115.66 |
| 11/14/2016 | POS Purchase / SMITH AND SONS LIMITED BETHESDA MD | | $50.45 | $1,293.74 |
| 11/14/2016 | POS Purchase / BLUEMERCURY BETHESDA 22 BETHESDA MD | | $29.68 | $1,344.19 |
| 11/14/2016 | POS Purchase / STARBUCKS T 2 32361578 SAN DIEGO CA | | $28.08 | $1,373.87 |
| 11/14/2016 | POS Purchase / UNITED ████████2932 800-932-2732 TX | | $25.00 | $1,401.95 |
| 11/14/2016 | POS Purchase / HARRIS TEETER #4 BETHESDA MD | | $41.04 | $1,426.95 |
| 11/14/2016 | POS Purchase / BARNESNOBLE Bethesda MD | | $34.34 | $1,467.99 |
| 11/07/2016 | POS Purchase / UNITED ██████9393 800-932-2732 TX | | $25.00 | $1,502.33 |
| 11/07/2016 | POS Purchase / ASG-LOT 28-BARLOW CHEVY CHASE MD | | $5.00 | $1,527.33 |
| 11/04/2016 | POS Purchase / SOULCYCLE-ONLINE 212-787-7685 NY | | $33.00 | $1,532.33 |

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|-----------|---------|
| 11/03/2016 | POS Purchase / KIT AND ACE BETHESDA MD | | $686.88 | $1,565.33 |
| 11/03/2016 | POS Purchase / SOULCYCLE-ONLINE 212-787-7685 NY | | $30.00 | $2,252.21 |
| 11/03/2016 | POS Purchase / SOULCYCLE-ONLINE 212-787-7685 NY | | $3.00 | $2,282.21 |
| 11/03/2016 | POS Purchase / HARRIS TEETER #4 BETHESDA MD | | $38.93 | $2,285.21 |
| 11/01/2016 | POS Purchase / HARRIS TEETER #4 BETHESDA MD | | $83.79 | $2,324.14 |

**This balance may include overdraft or line of credit funds. Such overdraft or line of credit funds may not be available for all transactions.

# Wells Fargo Everyday Checking

Account number: ■■■■■8954  ■ November 1, 2016 - November 30, 2016  ■ Page 1 of 3



DAVID W FAIRWEATHER
JANE FAIRWEATHER
4709 MAPLE AVE
BETHESDA MD 20814-3607

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (336)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $384.03 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 384.03 |
| **Closing balance on 11/15** | **$0.00** |

Account number: ■■■■■8954
**DAVID W FAIRWEATHER**
**JANE FAIRWEATHER**
*Maryland account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): ■■■■3201

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▉▉▉▉8954  ■  November 1, 2016 - November 30, 2016  ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/15 | | Withdrawal Made In A Branch/Store | | 384.03 | 0.00 |
| Ending balance on 11/30 | | | | | 0.00 |
| Totals | | | $0.00 | $384.03 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|------|------|------|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

Account number: ██████8954  ■  November 1, 2016 - November 30, 2016  ■  Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

                                                                + $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

                                                                - $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                                                = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. 

# Wells Fargo Everyday Checking

Account number: ■■■■3198    ■ November 1, 2016 - November 30, 2016    ■ Page 1 of 3



JANE FAIRWEATHER
DAVID W FAIRWEATHER
DEBTOR IN POSSESSION
CH 11 CASE #14-20847 (MD)
4709 MAPLE AVE
BETHESDA MD 20814-3607

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (336)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ | |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ | |
| Online Statements | ☑ | Overdraft Protection | ☐ | |
| Mobile Banking | ☑ | Debit Card | ☑ | |
| My Spending Report | ☑ | Overdraft Service | ☐ | |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | -$5.00 |
| Deposits/Additions | 5.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Closing balance on 11/15** | **$0.00** |

Account number: ■■■■3198

JANE FAIRWEATHER
DAVID W FAIRWEATHER
DEBTOR IN POSSESSION
CH 11 CASE #14-20847 (MD)

*Maryland account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ■■■3201

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████3198 ■ November 1, 2016 - November 30, 2016 ■ Page 2 of 3



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 11/15 | | eDeposit IN Branch/Store 11/15/16 03:14:00 Pm 7901 Wisconsin Ave Bethesda MD 3198 | 5.00 | | 0.00 |
| Ending balance on 11/30 | | | | | 0.00 |
| Totals | | | $5.00 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Account number: �even 3198  ■ November 1, 2016 - November 30, 2016  ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total $ |  |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.

= $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total $ |  |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank. N.A. All rights reserved NMLSR ID 399801        Member FDIC.